IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LEANNA RICHERSON,**

      **Plaintiff,**

v.                                            **No. 1:17-cv-00899-WJ-SCY**

**GEICO GENERAL INSURANCE COMPANY,**

      **Defendant.**

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER HAVING COME** before the Court on the parties' Stipulated Motion to Dismiss with Prejudice, the Court having considered the Motion and being otherwise fully advised in the premises finds that the Motion is well taken and should be **GRANTED**.

**THE COURT FINDS** that there is no objection from any party to dismissal with prejudice of Plaintiff's Complaint and all claims that were or could have been alleged therein.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint and all causes of action that were or could have been alleged therein in the above-captioned

matter, be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Approved:

**CHAPMAN AND PRIEST, P.C.**

*/s/Donna L. Chapman*
Donna L. Chapman
Jessica C. Singer
PO Box 92438
Albuquerque, NM 87199
505-242-6000
donna@cclawnm.com
jessica@cclawnm.com
*Attorneys for GEICO as to the extra-contractual claims only*

**PERRY LAW, PC**

/s//Meloney Perry
Meloney Perry
10440 North Central Expressway, Suite 600
Dallas, Texas 75231
(214) 265-6201
mperry@mperrylaw.com
*Attorney for GEICO as to the contractual claims only*

And

**CARTER AND VALLE LAW FIRM**

*Electronically approved 11/9/17*
Richard J. Valle
Andrea D. Harris
8012 Pennsylvania Circle NE
Albuquerque, NM 87110
505-888-4357
rv@carterlawfirm.com
adh@carterlawfirm.com
*Attorneys for Plaintiff*